STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. JOHN W. MADDEN, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mrs. Susan F. Sinins* for the petitioner.

*Mr. James A. Tumulty, Jr.* and *Mr. William J. Cunnane* for the respondent.

February 13, 1969. Denied.

THE PRESBYTERIAN HOMES OF THE SYNOD OF NEW JERSEY, PLAINTIFF-PETITIONER, v. THE DIVISION OF TAX APPEALS, STATE OF NEW JERSEY, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Smith, Stratton, Wise & Heher, Mr. Henry S. Broad, Mr. Morris M. Schnitzer* and *Mr. Waldron Kraemer* for the petitioner.

*Mr. Arthur J. Sills, Mr. Charles H. Landesman, Messrs. Satterthwaite & Satterthwaite, Messrs. Rush & Schumann, Mr. Hervey S. Moore, Jr.* and *Mr. Henry A. Hill, Jr.* for the respondents.

February 13, 1969. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN ANTHONY BUCCINO, DEFENDANT-PETITIONER.

*Mr. Norman Fischbein* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Matthew J. Scola* for the respondent.

February 13, 1969. Denied.